UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,          v. HERDADE S. LOKUA,     Defendant. | CASE NO. CR 21-0185 JCC DETENTION ORDER |

<u>Offense charged</u>:   Conspiracy, Laundering of Monetary Instruments (two counts); Smuggling Goods into the United States (four counts); Lacey Act False Labeling (four counts)

<u>Date of Detention Hearing</u>:   November 12, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant is believed to be a native and citizen of Angola. He was not interviewed by Pretrial Services, so most of his background information is unknown or unverified, including his visa status. Defendant does not contest detention, but may move to review this Order if additional information becomes available to counsel regarding defendant's visa status in this country.

2. Defendant poses a risk of nonappearance based on foreign citizenship, and unknown background and status information. Defendant poses a risk of danger based on the nature of the alleged offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation

Services Officer.

DATED this 12th day of November, 2021.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge