THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HERDADE S. LOKUA, and JOSPIN K. MUJANGI<br><br>　　　　　　Defendant. | CASE NO. CR21-0185-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial motions deadline. (Dkt. No. 27 at 1.) The parties seek a continuance in light of logistical challenges facing Defense counsel in communicating with their clients, which requires travel to the Federal Detention Center and French language interpreters; the need to complete and review discovery, much of which must be translated from French to English; and time needed for Defense counsel to evaluate case strategy and confer with their clients. (*Id.* at 2.)

Having thoroughly considered the parties' motion and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interest of Defendant and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

　　1.　　Taking into account the exercise of due diligence, a failure to grant a continuance

in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the discovery, confer with their clients, and consider case strategy, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

    2.    A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in § 3161(h)(7)(B)(i); and

    3.    The complexity of the case, the nature of Defendants' detention and English proficiency, and the volume of discovery make it unreasonable to expect adequate preparation for pretrial proceedings or for trial under the current case schedule, as set forth in § 3161(h)(7)(B)(ii).

The Court therefore ORDERS that:

    1.    The parties' stipulated motion to continue the trial date and pretrial deadlines (Dkt. No. 27) is GRANTED.

    2.    The January 10, 2022 jury trial is CONTINUED to June 6, 2022.

    3.    The deadline for pretrial motions and motions *in limine* is CONTINUED to April 14, 2022. Parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedures.

    4.    The time from the date of this order until the new June 6, 2022 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 2nd day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE