THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HERDADE S. LOKUA, and JOSPIN K. MUJANGI<br><br>　　　　　　　Defendant. | CASE NO. CR21-0185-JCC<br><br>ORDER |

　　　This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial motions deadline. (Dkt. No. 36.) The parties seek a continuance because, on the eve of their scheduled court appearances to enter guilty pleas, Defendants tested positive for COVID-19. (*Id.* at 1.) The Bureau of Prisons requires them to quarantine in isolation for 10 days, making them unavailable for court appearances until at least July 5, 2022, less than a week before the currently scheduled July 11, 2022 trial date. (*Id.* at 2.)

　　　The Court GRANTS the parties' joint stipulation (Dkt. No. 36) and ORDERS that trial is CONTINUED to August 1, 2022, with pretrial motions due July 20, 2022. The time from the date of this order until the new August 1, 2022 trial date is an excludable period under 18 U.S.C. § 3161(h)(3) due to the unavailability of Defendants, and because if plea negotiations were to fall through, there would not be reasonably sufficient time to prepare for trial under the current

ORDER
CR21-0185-JCC
PAGE - 1

scheduling order, *see id.* § 3161(h)(7)(B)(i), (iv). Based on that, the Court FINDS that the ends of justice favor a continuance and outweigh the Defendants' and the public's interest in any speedier trial. *Id.* § 3161(h)(7)(A)

DATED this 30th day of June 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE